MEYER STRELL et al., respondents,

*v.*

SAMUEL ZISMAN, appellant.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Howe & Davis,* for the respondents.

*Mr. Milton M. Unger,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *5 N. J. Mis. R. 427.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.  15.

*For reversal*—None.